# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 42 WAL 2020
:
:
:
v. : Petition for Allowance of Appeal
: from the **Published Opinion and**
: **Order** of the Superior Court at No.
LEE ANDREW MOORE : 1566 WDA 2018, at 222 A.3d 16
: (Pa. Super. 2019) entered on
: October 23, 2019, **affirming** the
PETITION OF: PENNSYLVANIA OFFICE : Judgment of Sentence of the Mercer
OF ATTORNEY GENERAL AND : County Court of Common Pleas at
PENNSYLVANIA STATE POLICE : No. CP-43-CR-0000378-2012
: entered on March 26, 2018


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of October, 2020, the Petition for Allowance of Appeal is **GRANTED.** We **VACATE** the decision of the Superior Court and **REMAND** for the Superior Court to apply *Commonwealth v. Lacombe*, __ A.3d __, 2020 WL 4150283 (Pa. 2020).